## FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331

### COVER SHEET

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The cost for filing a civil rights complaint is $150.00.

If you do not have sufficient funds to pay the full filing fee of $150.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

1)    the average monthly deposits to your prison account for the past six months; or

2)    the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

**CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $150.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. **Check here if you are submitting the filing fee with the complaint form. _____**

2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court.</u> **Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees. _____**

**Please Note:** If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(Inmate Number)

_____

DACASTA DiMitrios Johnson

(Name of Plaintiff)

99 Water St Wilkes-Barre

(Address of Plaintiff)

PA 18702

_____

**vs.**

Warden Gene Fischi C.C.C.F

Michael Jordan Adult

Parole/Probation Luzerne County

(Names of Defendants)

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

_____
(Case Number)

**COMPLAINT**
**FILED**
**SCRANTON**

APR 0 9 2004

PER _____M.J.P.____
DEPUTY CLERK

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS

_X_ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.   Previous Lawsuits

   A.   If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   _____

   _____

   _____

   _____

II.   Exhaustion of Administrative Remedies

   A.   Is there a grievance procedure available at your institution?
   _____Yes  _X_No

   B.   Have you filed a grievance concerning the facts relating to this complaint?
   _X_Yes  _____No

   If your answer is no, explain why not _____

   _____

   C.   Is the grievance process completed? _____Yes  _X_No

III.   Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A.   Defendant _Gene Fischi_ is employed
as _Warden_ at _Luzerne County Correctional facility_

B.   Additional defendants _John Kratz works for luzerne County Adult Parole/Probation dept & Michael Jordan Supervisor of Luzerne County Adult Parole/Probation_

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1.   On 1-2002 I wrote Warden Gene Fischi and complained about this institution Records department not responding to my request to have my MAX date corrected, he told me to apply for Parole.

2.   I wrote to Jolly Kratz who handle Luzerne County Parole and his response was a denial of my parole not a answer to my Question. So I wrote to Michael Jordan & complained And nothing was done.

3.   My Rights were violated and I don't know who to turn too, so I'm turning to my goverment for some assistance.

2

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. What I would like is for this Institution to be held Accountable As well As Luzerne county Adult PAede /Peobotion for not Releasing ME on my Right date of Release.

2. And I would for some type of conpensation for the extRA months they ferce me to do Against ry will.

3. there should Also be some type of Action tAken Against this wARden (Gene Fischi) And this facility Records department for totally ignoring my Request for help

Signed this DACAStA Thursday of __6, April__ , __04__.

__DACAStA Johnson__
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__6, April 2004__          __DACAStA Johnson__
(Date)                          (Signature of Plaintiff)

3